Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 24 – 176 JNW |
| Plaintiff, | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL & PRETRIAL MOTIONS DEADLINE |
| v. | |
| DARRYL LAMONT YOUNG, | |
| Defendant. | |

DEFENDANT DARRYL LAMONT YOUNG's Unopposed Motion to Continue Trial Date & Pretrial Motions Deadline came on regularly for hearing, and, the Court being fully advised, GRANTS the motion.

The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial, for the reasons outlined in defendant's motion. Specifically, it appears to the Court that the failure to grant a trial continuance would effectively deny defense

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE TRIAL &
PRETRIAL MOTIONS DEADLINE – 1

US v. Young, CR 24- 176 JNW

LAW OFFICES OF STEPHAN R. ILLA, P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA  98110
(206) 817-4142
THESTEPHANATOR@MSN.COM

counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the trial is continued to **June 8, 2026**; and the deadline for pretrial motions is set for May 21, 2026, at 1:30 p.m.

IT IS FURTHER ORDERED that the period of delay from the filing of this defendant's motion until the new trial date is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161 – 3174.

ORDERED this 11th day of September, 2025.

Hon. Jamal N. Whitehead
U.S. District Court Judge

Presented by:

LAW OFFICES OF STEPHAN R. ILLA

Stephan R. Illa
     WSBA No. 15793
Attorney for Defendant

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE TRIAL &
PRETRIAL MOTIONS DEADLINE – 2

US v. Young, CR 24- 176 JNW

LAW OFFICES OF STEPHAN R. ILLA, P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142
theStephanator@MSN.com