UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00176-JNW |
| Plaintiff, | ORDER ADOPTING R&R |
| v. | |
| DARRYL LAMONT YOUNG, and AQEELA NGIESHA WILLIAMS, | |
| Defendants. | |

On May 13, 2026, the Honorable S. Kate Vaughan, U.S. Magistrate Judge for the Western District of Washington, issued a Report and Recommendation ("R&R"), recommending that the Court determine by a preponderance of the evidence that Defendant Young is presently competent to proceed to trial. Dkt. No. 105. There has been no objection to Judge Vaughan's R&R, and the time for objecting has passed.

Thus, having considered the R&R and 18 U.S.C. § 4241, the Court ADOPTS the R&R and finds as follows:

Defendant has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding and has a rational as well as factual understanding of the proceedings against him. By a preponderance of the evidence,

ORDER ADOPTING R&R - 1

Mr. Young is not presently suffering from a mental disease or defect that would render him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. § 4241.

IT IS SO ORDERED.

Dated this 3rd day of June, 2026.

Jamal N. Whitehead
United States District Judge

ORDER ADOPTING R&R - 2