UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00176-JNW |
| Plaintiff, | ORDER |
| v. | |
| DARRYL LAMONT YOUNG and AQEELAH NGIESHA WILLIAMS, | |
| Defendants. | |

On July 13, 2026, Defendant Darryl Lamont Young orally moved to appoint standby counsel Brent Hart to represent him at sentencing. The Court reserved ruling on the motion at the time.

The motion for new counsel is GRANTED. *See Arnold v. United States*, 414 F.2d 1056, 1059 (9th Cir. 1969). Brent Hart is appointed as Mr. Young's counsel of record, effective immediately, and will represent Mr. Young at the sentencing hearing. The clerk will contact the Criminal Justice Administrator to facilitate the appointment of Brent Hart as Mr. Young's counsel.

Dated this 15th day of July, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 1