The Honorable Jamal Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DARRYL YOUNG,<br>Defendant. | No. CR24-176 JNW<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTIONS UNDER RULES 29, 33 AND 34. |

This matter comes before the Court on Defendant's Motion for Extension of Time to File Post-Trial Motions under Federal Rules of Criminal Procedure 29, 33, and 34. Having considered the motion and the record, and for good cause shown, it is hereby ORDERED:

//

//

//

1. Defendant's motion is GRANTED.

2. The deadlines for Defendant to file any motions under Federal Rules of Criminal Procedure 29, 33, and 34 are extended to [30] days from the date of this Order, i.e., until August 24th, 2026.

3. All responsive and reply briefing shall be filed in accordance with the Local Criminal Rules and the Federal Rules of Criminal Procedure, calculated from the new filing deadline.

IT IS SO ORDERED.

Dated this 24th day of July, 2026

The Honorable Jamal Whitehead
United States District Judge

Presented by:

/s Brent Hart
Brent Hart
WSBA #30368
Hart Jarvis Murray Chang PLLC
155 NE 100th Street Suite 210
Seattle, WA 98125
bhart@hjmc-law.com
Attorney for Darryl Young