The Honorable Jamal Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DARRYL YOUNG,<br>Defendant. | No. CR24-176 JNW<br><br>~~[PROPOSED]~~ ORDER GRANTING UNOPPOSED CONTINUANCE OF SENTENCING TO DECEMBER 3, 2026 |

This matter comes before the Court on Defendant's Unopposed Motion To Continue Sentencing from October 29, 2026 to December 3, 2026. Having considered the motion and the record, and for good cause shown, it is hereby ORDERED:

1. Defendant's motion is GRANTED.
2. Sentencing is Continued until December 3, 2026 at 1:30 PM.

IT IS SO ORDERED.

Dated this 19th day of October, 2026

The Honorable Jamal Whitehead
United States District Judge

Presented by:

/s Brent Hart

Brent Hart
WSBA #30368
Hart Jarvis Murray Chang PLLC
155 NE 100th Street Suite 210
Seattle, WA 98125
bhart@hjmc-law.com
Attorney for Darryl Young